UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Tracy Rauls, et al.,** ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:08-cv-01684-TCM |
| ) | |
| **BMC Transportation Company, et al.** ) | |
| ) | |
| Defendants. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on November 3, 2008, and assigned to the Honorable Magistrate Judge Thomas C. Mummert III. Because the jurisdiction of this matter lies in the Southeast Division of this district, this case should have been assigned a Southeast Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeast Division of this court and assigned Case No. 1:08-cv-00162-SNLJ. The Honorable Stephen N Limbaugh, Jr. will preside.

Case No. 4:08-cv-01684-TCM is hereby administratively closed. Judge Mummert's name will be replaced for future assignment.

Dated this 3rd day of November, 2008.

James G. Woodward
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No.1:08-cv-00162-SNLJ. in all future matters concerning this case.